| | |
|---|---|
| UNITED STATES DISTRICT COURT | Civil Conference |
| EASTERN DISTRICT OF NEW YORK | Minute Order |

| | | | |
|---|---|---|---|
| Before: James Orenstein | | Date: | 3/24/2020 |
| U.S. Magistrate Judge | | Time: | 12:30 p.m. |

*Nadeem Bashir v. Iqbal & Sons Fuel, Inc.*
19-CV-3506 (LDH) (JO)

Type of Conference:  Telephone

Appearances:    Plaintiff        Daniel Knox

  Defendant    Aaron Goldsmith

Scheduling: There are no further conferences scheduled before me at this time.

Summary: The parties consented to have court reduce fees to double the reasonable lodestar of $7,160.00 (for a total fee allocation of $14,320.00) plus reasonable costs of $922.00 (for a total of $15,242.00 in fees and costs), with the remainder of the settlement amount to be paid to the plaintiff. As so modified on consent, I respectfully recommend that the court approve the proposed settlement.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge
