UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NADEEM BASHIR,

                                                                                  JUDGMENT
                                                                                   19 CV 3506 (LDH)(JO)

                     Plaintiff,

   v.

IQBAL & SONS FUEL, INC., SHAHID
NADEEM FUEL, INC., SHAHID IQBAL
And SANAN IQBAL,

                     Defendants.
---------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on April 20, 2020, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated March 30, 2020, granting Plaintiff's motion for settlement approval; it is

       ORDERED and ADJUDGED that Plaintiff's motion for settlement approval is granted.

Dated: Brooklyn, New York                                Douglas C. Palmer
       April 24, 2020                                          Clerk of Court

                                                             By:   */s/Jalitza Poveda*
                                                                         Deputy Clerk